United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIT REZA SALAHVARZI, | No. C 05-980 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ARNOLD SCHWARZENEGGER; et al., | |
| Defendants. | |

In a January 24, 2006, order, the court explained that neither defendant could be served with process at the addresses provided by plaintiff and ordered plaintiff to provide by March 31, 2006, current addresses at which the two defendants could be served. The court advised plaintiff that if he did "not provide an address for each defendant by the deadline, or the Marshal is unable to serve the defendants at the addresses provided, they will be dismissed without prejudice from this action. If neither defendant can be served, this action will be dismissed." Plaintiff failed to provide an address at which either of the two defendants could be served with process and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to comply with the court's January 24, 2006 order and because the complaint was not timely served on defendants. See Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: June 27, 2006

_____
SUSAN ILLSTON
United States District Judge